FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 2 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:99-CR-057-RLH-RJJ |
| Plaintiff, ) | |
| vs. ) | |
| TRACY LITT ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#18), sentencing held on September 6, 2000. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CITIBANK
Amount of Restitution: $2,800.00

**Total Amount of Restitution ordered: $2,800.00**

Dated this __18__ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE